**DISMISS and Opinion Filed February 3, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-01274-CV**

**KATHLEEN SPANGLER, INDIVIDUALLY AND JEFFERY SPANGLER, INDIVIDUALLY AND AS NEXT FRIEND OF J.S., A CHILD, Appellants**

**V.**

**AUTO-CHLOR SERVICES, LLC AND JOSUE MOLINA, INDIVIDUALLY, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-02732**

## MEMORANDUM OPINION

Before Justices Carlyle, Goldstein, and Kennedy
Opinion by Justice Goldstein

The clerk's record in this case is overdue. On December 30, 2022, we sent a letter informing appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide, within ten days, verification they had either paid for or made arrangements to pay for the record or were entitled to proceed without payment of costs. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice.

To date, appellants have not provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

221274F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

KATHLEEN SPANGLER,
INDIVIDUALLY AND JEFFERY
SPANGLER, INDIVIDUALLY
AND AS NEXT FRIEND OF J.S., A
CHILD, Appellants

No. 05-22-01274-CV     V.

AUTO-CHLOR SERVICES, LLC
AND JOSUE MOLINA,
INDIVIDUALLY, Appellees

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-02732.
Opinion delivered by Justice
Goldstein. Justices Kennedy and
Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered February 3, 2023

–3–